VISTO CORPORATION,
Plaintiff–Appellee,

v.

SPROQIT TECHNOLOGIES, INC.,
Defendant–Appellant.

No. 2007–1160.

United States Court of Appeals,
Federal Circuit.

April 4, 2007.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).